# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-1609

_____

JAMES VERLON QUINLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Escambia County.
Kerra Smith, Judge.

September 14, 2022

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine R. Dixon, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Darcy O. Townsend, Assistant Attorney General, Tallahassee, for Appellee.